# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In Re LLS AMERICA, LLC,            DEBTOR.
BRUCE P. KRIEGMAN, solely in his capacity as court appointed Chapter 11 Trustee for LLS America LLC,  )
*Plaintiff* )
v. )  Civil Action No. CV-12-426-RMP
)
TAMANA HOLDINGS, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff is awarded a monetary judgment in the amount of CAD $601,562.51, pursuant to 11 USC § 550 and RCW 19.40.071, and Plaintiff is awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $601,562.51, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: August 20, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson